IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY E. SCHWARTZ,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,**

**Defendant.**                                                      No. 09-1017-DRH

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

On December 8, 2009, Plaintiff Gary E. Schwartz filed suit against Defendant Michael J. Astrue, Commissioner of Social Security, seeking judicial review of the Commissioner's decision to deny benefits to Plaintiff (Doc. 2). Specifically, Plaintiff seeks judicial review pursuant to **42 U.S.C. § 405(g)** of the Commissioner's decision to deny Plaintiff disability insurance benefits. On March 29, 2010 Defendant filed a Motion to Dismiss (Doc. 13), arguing that Plaintiff's Complaint was untimely because Plaintiff's IFP motion was improperly filed and was stricken by the Court, thus being insufficient to commence the action. This matter comes before the Court on a Report and Recommendation ("the Report") issued by Magistrate Judge Donald G. Wilkerson pursuant to **28 U.S.C. § 636(b)(1)(B)** (Doc. 16). Magistrate Judge Wilkerson's Report recommends that Defendant's Motion to Dismiss be **DENIED**.

Under **Rule 73.1(b) of the Local Rules of the Southern District of**

**Illinois**, the parties had fourteen (14) days in which to file objections to the Report. As of this date, neither party has filed objections. The fourteen day period in which parties may file objections has expired. Therefore, pursuant to **28 U.S.C. § 636(b)**, this Court need not conduct a *de novo* review. ***Thomas v. Arn*, 474 U.S. 140, 149-52 (1985)**.

Accordingly, the Court **ADOPTS** Judge Wilkerson's Report (Doc. 16). Defendant's Motion to Dismiss (Doc. 13) is **DENIED**. The Court further notes that Defendant has already filed its Answer in accordance with the Report's recommendation.

**IT IS SO ORDERED.**

Signed this 30th day of August, 2010.

/s/     *DavidRHerndon*
**Chief Judge
United States District Court**