IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY E. SCHWARTZ,**

**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY,**

**Defendant.**                                                              **No. 09-CV-1017-DRH**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on September 23, 2011, judgment is entered as follows: The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** for further findings.---------------------------------------------------------------------------------

                                        **NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT**


                                        **BY:**     *s/Sandy Pannier*
                                                  **Deputy Clerk**

Dated: September 23, 2011

Digitally signed by
David R. Herndon
Date: 2011.09.23
14:06:23 -05'00'

APPROVED:
            CHIEF JUDGE
            U. S. DISTRICT COURT