UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GARY SCHWARTZ, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>    Defendant. ) | No. 3:09-CV-1017 |

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (Doc. 48), filed in response to plaintiff's motion for attorney fees (Doc. 47). The Court, having read the stipulation and being duly advised, hereby acknowledges the stipulation and orders that plaintiff be awarded $7,000 in EAJA fees and expenses. This award will satisfy all of plaintiff's claims for fees, expenses, and costs under 28 U.S.C. § 2412.

**IT IS SO ORDERED.**

**DATED: November 14, 2012**

Digitally signed by
David R. Herndon
Date: 2012.11.14
13:29:08 -06'00'

**Chief Judge
United States District Court**