IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY E. SCHWARTZ,**

        **Plaintiff,**

vs.                          No.  3:09-cv-01017-DRH

**CAROLYN W. COLVIN, Acting**
**Commissioner of Social Security,**

        **Defendant.**

## ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is plaintiff's attorney Frederick J. Daley, Jr.'s petition for attorney's fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b) (Doc. 50).  Plaintiff's attorney seeks $10,910.98 in attorney's fees. This sum represents 25%, $16,910.98, of plaintiff's past due benefits withheld for attorney's fees by the Social Security Administration less the $6,000 in attorney's fees plaintiff's attorney received pursuant to 42 U.S.C. § 406(a) for his administrative representation of plaintiff.  Plaintiff's attorney indicates that he also received $1,956.54 in attorney's fees pursuant to the Equal Access to Justice Act (EAJA).  He states that he will refund this amount to plaintiff.  The Government does not object (Doc. 51).

The Court finds the amount plaintiff's attorney seeks to be reasonable. Accordingly, plaintiff's attorney's motion for attorney's fees (Doc. 50) is **GRANTED.**

The Court **AWARDS** plaintiff's attorney the sum of $10,910.98 in attorney's fees.

**IT IS SO ORDERED.**
Signed this 30th day of April, 2014.

Digitally signed by David R. Herndon
Date: 2014.04.30 13:48:33 -05'00'

**Chief Judge**
**United States District Court**